Case 2:21-cr-00018-JPH-CMM   Document 67   Filed 01/18/24   Page 1 of 1 PageID #: 321

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
Dustin Swanda )
) Case No: 2:21CR00018-001
) USM No: 14368-041
Date of Original Judgment: 04/28/2023 )
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)* ) Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  32 months  months **is reduced to**  Time Served  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/28/2023  shall remain in effect.
**IT IS SO ORDERED**.

Date: 1/18/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Effective Date:  02/01/2024      Honorable James Patrick Hanlon, U.S. District Court Judge
*(if different from order date)*                 *Printed name and title*